UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AURA MOODY on behalf of her
Minor child, JM,

                      Plaintiff,                     1:14-cv-02763-RRM-RML

  -against-

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK

Defendants.
-----------------------------------------------------------------X

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties as represented below pursuant to Federal Rule 41(a) that the above-captioned proceeding is hereby withdrawn, discontinued and dismissed with prejudice and without attorney fees and cost to either party against the other.

Dated: New York, New York
       October 29, 2014

| | |
|---|---|
| STEWART LEE KARLIN | ZACHERY W. CARTER |
| 9 Murray Street, 4-W | Corporation Counsel |
| New York, New York 10007 | 100 Church Street, Rm 2-164 |
| (212) 792-9670 | New York, New York 10007 |
| | (212) 356-2624 |
| By _____ | By _____ |
|     Stewart Lee Karlin |     Eric Porter |
| AURA MOODY |     Assistant Corp. Counsel |

SO ORDERED:

_____
U.S. DISTRICT JUDGE